1   Henry C. Wang (SBN 196537)
    Email: hwang@reedsmith.com
2   William R. Overend (SBN 180209)
    Email: woverend@reedsmith.com
3   Michael A. Garabed (SBN 223511)
    Email: mgarabed@reedsmith.com
4   Karen Wan (SBN 248542)
    Email: kwan@reedsmith.com
5   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
6   Los Angeles, CA 90071-1514
    Telephone: +1 213 457 8000
7   Facsimile:  +1 213 457 8080

8   *Attorneys for Plaintiff*
9   PINKBERRY, INC.

FILED
CLERK U.S. DISTRICT COURT

DEC 1 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13   PINKBERRY, INC., a California
     corporation,
14
                    Plaintiff,
15
          vs.
16
     JTRA, LLC, d/b/a. YOBERRY, a Florida
17   Limited Liability Company,

18                  Defendant.

19

Case No.  CV 08-05930SVW(CWx)

The Honorable Judge Stephen V. Wilson

**[PROPOSED] CONSENT
JUDGMENT AND PERMANENT
INJUNCTION**

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

3

– 1 –

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that final judgment be and hereby is entered as follows:

1.  Pinkberry owns all rights in and to the United States Trademark Registration for the following marks (collectively, "PINKBERRY Marks"), each of which is valid and subsisting:

| TRADEMARK | REG. NO. | ISSUE DATE | GOODS AND SERVICES |
|---|---|---|---|
| PINKBERRY | 3,302,143 | October 2, 2007 | Frozen yogurt; frozen yogurt based dessert, combined with fruit, nuts, cereal and shaved ice and rice cakes; and smoothies |
| PINKBERRY | 3,460,697 | July 8, 2008 | Restaurant services; restaurants; take-out restaurant services; café-restaurants; fast-food restaurants |
| Stylized Leaf and Berry Swirl Design | 3,461,027 | July 8, 2008 | Express restaurant services, food kiosk services, and carry-out restaurant services featuring frozen yogurt-based desserts, frozen dairy desserts, smoothies and shaved ice |
| PINKBERRY & Stylized Leaf and Berry Swirl Design | 3,460,702 | July 8, 2008 | Restaurant services; restaurants; take-out restaurant services; café-restaurants; fast-food restaurants |

2.  The PINKBERRY Marks are coined, arbitrary and famous marks that are entitled to broad protection.

3.  In addition, Pinkberry owns and publishes, among other artwork and graphics, the photograph depicted in **Exhibit A** to promote and brand its services and products (the "PINKBERRY Photograph").

4.  Yoberry has used the mark and logo (the "Yoberry Marks") and photographs depicted in **Exhibit B** attached hereto in its operation of café-style restaurants in which it sells the same or similar products as Pinkberry.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

4.      On or about September 10, 2008, Pinkberry commenced an action for damages and equitable relief in the United States District Court for the Central District of California against Defendant, entitled <u>Pinkberry, Inc. v. JTRA LLC d/b/a Yoberry,</u> CV 08-05930 SVW(CWx), asserting claims for federal trademark dilution, federal trademark infringement, federal false designation of origin, California unfair competition, injury to business reputation, and unjust enrichment (the "Action").

5.      Defendant has admitted that the Yoberry Marks are a colorable imitation of the distinctive PINKBERRY Marks, and Defendant's photographs depicted in **Exhibit B** are unlawful copies of the PINKBERRY Photograph.

6.      Defendant has represented to Pinkberry that it will: (1) cease and refrain from using the YOBERRY Marks; (2) cease and refrain from using any other name or mark that uses the word "BERRY" in a non-descriptive manner; (3) cease and refrain from using any mark or logo that consists of a swirl design, and (4) cease and refrain from using any of Pinkberry's artwork and graphics, including the PINKBERRY Photograph.

7.      Accordingly, Defendant has consented to a Permanent Injunction and Consent Judgment as follows:

**A.      Permanent Injunction**

Defendant, its subsidiaries, affiliates, agents, servants, employees, attorneys, representatives, successors and assigns, and all persons, firms or corporations in active concert or participation with Defendant, shall be permanently restrained and enjoined from:

(1)      Using any trade name or mark that includes the word "BERRY" in connection with the sale, distribution or promotion of any goods or services, including on or with Defendant's signage, uniforms, cups, napkins, decor, menus, banners, advertisements, Internet websites, coupons and any other promotional materials, except that Defendant may make limited use of the word "berry" in a non-trademark or descriptive fashion to describe berry flavors, ingredients or toppings for its

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    products;

2        (2)    Using any mark or logo that consists of a "swirl" or "swirl-like" design in

3    connection with the sale, distribution or promotion of any goods or services, including

4    on or with Defendant's signage, uniforms, cups, napkins, decor, menus, banners,

5    advertisements, Internet websites, coupons and any other promotional materials;

6        (3)    Using any of Pinkberry's artwork and graphics, including the

7    PINKBERRY Photograph;

8        (5)    Engaging in any conduct that tends falsely to represent, or is likely to

9    confuse, mislead or deceive consumers or members of the public that Defendant's

10   actions, sales, services, and/or products are sponsored by, approved by, licensed by, or

11   connected or otherwise affiliated with Pinkberry or its subsidiaries; and

12       (6)    Diluting, blurring or tarnishing the distinctive and famous nature of

13   Pinkberry's name and the PINKBERRY Marks.

14   **B.    Compliance with Injunction Order**

15       Defendant shall provide proof of compliance with the permanent injunction

16   order in the form of photographs and a compliance statement.  Such proof shall be

17   delivered to Pinkberry's counsel of record every six months for a period of eighteen

18   (18) months from the date of entry of this Judgment.

19   **C.    Destruction of Infringing Materials**

20       Within thirty (30) days of entry of judgment for Pinkberry, Defendant, its

21   subsidiaries, affiliates, agents, servants, employees, attorneys, representatives,

22   successors and assigns, and all persons, firms or corporations in active concert or

23   participation with Defendant, shall deliver up for destruction to Pinkberry:

24       (1)    Any and all goods, apparel, merchandise, products, labels, signs,

25   packaging wrappers, containers, advertising or promotional materials, letterhead,

26   business cards, and any other writing materials used in its business, which display,

27   reproduce, consists, or bear the Yoberry Marks or the PINKBERRY Photograph;

28       (2)    Any screens, designs, blueprints, drafts, patterns, plates or negatives used

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 4 –

6

1    specifically in connection with the Yoberry Marks or the PINKBERRY Photograph,

2    emblems, symbols, names, designations, terminology; and

3        (3)    Any and all goods, apparel, merchandise, products, labels, signs,

4    packaging wrappers, containers, advertising or promotional materials, letterhead,

5    business cards, and any other writing materials used in its business, which falsely

6    display, reproduce, copy, counterfeit, imitate or bear the PINKBERRY Marks and its

7    photographs, artworks, or any simulation or variant thereof.

8        **D.    Violation of Injunction**

9        Violation of this Consent Judgment and Permanent Injunction shall subject

10   Defendant to contempt and any remedy available at law or equity, including, but not

11   limited to, injunctive relief, monetary damages and the award of reasonable attorneys'

12   fees and costs in enforcing this injunction.

13       **E.    Jurisdiction**

14       This Court shall retain jurisdiction over any enforcement action of this

15   injunction.

16       **F.    Judgment**

17       Judgment on all claims and causes of action shall be, and is hereby, entered in

18   favor of Plaintiff Pinkberry, Inc. accordingly.  Except as provided for in the

19   Settlement Agreement, each side is to bear its own attorneys' fees, costs and expenses.

20   **IT IS SO ORDERED.**

21

22   DATED: _Decemby 9_____, 2009

23                          _____

24                          STEPHEN V. WILSON
                            United States District Court Judge

25

26

27

28

CONSENT JUDGMENT AND PERMANENT INJUNCTION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**EXHIBIT A**









**EXHIBIT B**









File   Edit   View   History   Bookmarks   Tools   Window   Help

***Yo Berry Yogurt***

http://yoberryyogurt.com/

# yoberry

THANK YOU FOR YOUR INTEREST IN YOBERRY.
WE ARE CURRENTLY ACCEPTING APPLICATIONS FROM
INTERESTED FRANCHISEES.

PLEASE FILL OUT YOUR REQUESTS AND COMMENTS BELOW

Name*:

Email*:

Request/Comments:

Phone:

* denotes required field

Submit

E-Mail:   william@yoberryyogurt.com

Phone:   951.551.8781
Fax:     951.484.9797



File   Edit   View   History   Bookmarks   Tools   Window   Help



🏠 http://yoberryyogurt.com/   ▼ Google

**yo Berry Yogurt***





HOME         FRANCHISE         LOCATIONS         CONTACT US

FOR ADDONS

INGREDIENTS:

E Mail   william@yoberryyogurt.com

Phone   951 551 8286

Fax   954 384 9765

**13**